**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6272**

SUPREME RAHEEM ACKBAR, a/k/a Ronald Gary,

Plaintiff - Appellant,

v.

WILLIAM R. BYERS, JR., Commissioner of the South Carolina Department of Corrections; WARDEN JOSEPH MCFADDEN; LIEUTENANT EUGENE SKIPPER; LIEUTENANT COOPER; SERGEANT WILSON,

Defendants - Appellees,

and

LIEBER CORRECTIONAL INSTITUTION; SCDC; STATE OF SOUTH CAROLINA,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Florence. Richard Mark Gergel, District Judge. (4:17-cv-01019-RMG)

Submitted: June 20, 2018                    Decided: June 27, 2018

Before KING and DUNCAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Supreme Raheem Ackbar, Appellant Pro Se.  Kevin Michael DeAntonio, Christopher Thomas Dorsel, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Supreme Raheem Ackbar appeals the district court's order accepting the recommendation of the magistrate judge and granting defendants' motion to dismiss his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ackbar v. Byers*, No. 4:17-cv-01019-RMG (D.S.C. Mar. 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
